UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

YULY ANDREA GONZALEZ
GUTIERREZ,

    Petitioner,

v.                                                                        No. 1:26-CV-020-H

MARKWAYNE MULLIN, et al.,[1]

    Respondents.

## ORDER

Before the Court is Yuly Andrea Gonzalez Gutierrez's petition for a writ of habeas corpus. Dkt. No. 1. The Court observes that Gonzalez Gutierrez can no longer be located through ICE's Online Detainee Locator System using her biographical information, her country of birth, or her A-Number. Her updated case information on the EOIR website, as well as the government's notice (Dkt. No. 12 at 1), indicate that she was granted voluntary departure by an immigration judge. To assist the Court with determining whether it retains jurisdiction over the petition, *see Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 583–84 (1999), the parties are ordered to file a joint status report within seven days of this Order indicating whether Gonzalez Gutierrez remains in custody.

So ordered on May ⟋7⟍, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

---

[1] Markwayne Mullin, the United States Secretary of Homeland Security, is automatically substituted for his predecessor, Kristi Noem. *See* Fed. R. Civ. P. 25(d).